**Appeal No.  2025AP805**

Cir. Ct. No.  2024CV288

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**KRISTY STEWART,**

  **PETITIONER-APPELLANT,**

  **V.**

**WISCONSIN DEPARTMENT OF HEALTH SERVICES,**

  **RESPONDENT-RESPONDENT.**

FILED

Aug. 11, 2026

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Blake J. Duren
Circuit Court Judge
Electronic Notice

Carrie Wastlick
Clerk of Circuit Court
Sauk County Courthouse
Electronic Notice

Timothy X Hennigan
Electronic Notice

Brian Keenan
Electronic Notice


PLEASE TAKE NOTICE that corrections were made to paragraph 18 in the above-captioned opinion, which was released on June 18, 2026.  A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.